**SEALED**

|    |    |
|---|---|
| 1  | PHILLIP A. TALBERT |
|    | United States Attorney |
| 2  | ROBERT L. VENEMAN-HUGHES |
|    | Assistant United States Attorney |
| 3  | 2500 Tulare Street, Suite 4401 |
|    | Fresno, CA 93721 |
| 4  | Telephone: (559) 497-4000 |
|    | Facsimile: (559) 497-4099 |

**FILED**
Apr 26, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States | CASE NO. 1:24-mj-00050-EPG |
|---|---|
| v. | SEALING ORDER |
| SHAWN SAESEE | **UNDER SEAL** |

# S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court upon arrest of the defendant.

Dated: **Apr 25, 2024**

*/s/ Erica P. Grosjean*
Hon. Erica P. Grosjean
U.S. MAGISTRATE JUDGE

1